UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :
PARATICUARA LTDA.,                                 :

                Plaintiff,                :
                                          :      24-CV-07738 (JAV)
      -v-                          :
                                          :      <u>ORDER</u>
THE BOLIVARIAN REPUBLIC OF            :
VENEZUELA,                                :

                Defendant.          X
----------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated **December 23, 2024**, ECF No. 7, the parties were required to file a joint letter, the contents of which are described therein, by **January 6, 2025**. To date, the parties have not filed the joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2025**.

      SO ORDERED.

Dated: January 8, 2025                                 _____
      New York, New York                         JEANNETTE A. VARGAS
                                                        United States District Judge