UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

PARATICUARA LTDA.,                      :

                :

               Plaintiff,       :

                :          24-CV-07738 (JAV)

      -v-                :

                :             ORDER

THE BOLIVARIAN REPUBLIC OF     :
VENEZUELA,               :

                :

            Defendant.     X
------------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated in the joint letter filed by the parties on June 8, 2026, the request to stay these proceedings is GRANTED.

      The Clerk of Court is directed to stay this case.  The conference scheduled for June 28, 2026, and all other deadlines in this case, are adjourned sine die.  The parties shall provide a status update to the Court on August 10, 2026, and every 60 days thereafter.

      SO ORDERED.

Dated: June 10, 2026
      New York, New York            _____
                              JEANNETTE A. VARGAS
                              United States District Judge