GT GreenbergTraurig

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

October 9, 2026

**VIA ECF**

The Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

Re: ***Paraticuara Ltda. v. The Bolivarian Republic of Venezuela.***
**Civil Case No. 24-cv-07738-JAV (S.D.N.Y.)**

Dear Judge Vargas:

We write on behalf of Defendant the Bolivarian Republic of Venezuela (the "Republic") to submit, with the consent of Plaintiff Paraticuara Ltda., this status report pursuant to the Court's June 10, 2026, Order (D.E. 33) and the parties' August 11, 2026, status report (D.E. 38).

Counsel for Plaintiffs and the Republic have made substantial progress on the terms of a proposed stipulation of dismissal. The Republic's counsel is awaiting final comments or approval from the Republic. Accordingly, the stipulation remains subject to that approval and has not yet been finalized or filed. Once approval is received, counsel will promptly finalize and file the stipulation. The parties respectfully submit this letter to update the Court.

In compliance with the Order, the parties will continue to file joint status reports every sixty (60) days to keep the Court apprised of developments regarding the proposed agreement, including any further updates relating to the governmental transition referenced above.

Respectfully submitted,

*/s/ Hal S. Shaftel*
Hal S. Shaftel

cc: All Counsel of Record (by ECF)